## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>     Plaintiff,<br><br>  v.<br><br>STEVE BLAKEMAN, et al.,,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-5544BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

Defendants' motion for summary judgment (Dkt. 13) is **GRANTED.**

Dated this 28 day of September, 2011.

            William M. McCool
            Clerk

            s/CM Gonzalez
            Deputy Clerk